# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

Case # _ 03 - 20388_

Styled: _ USA v. Larry Evans_

# A SEALED DOCUMENT WAS FILED

Document # _64_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:03-CR-20388 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

Jerry Stokes
LAW OFFICE OF JERRY STOKES
100 N. Main St.
Ste. 2601
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT